Paulos ASSEFA, Petitioner,

v.

**Alberto R. GONZALES, Attorney General, Respondent.**

No. 03–71828.

United States Court of Appeals, Ninth Circuit.

Submitted Oct. 18, 2005 *.

Submission Withdrawn Oct. 25, 2005.

Resubmitted Feb. 22, 2007.

Filed March 9, 2007.

Tucker Sandler, Studio City, CA, for Petitioner.

Regional Counsel, Western Region Immigration & Naturalization Service, Laguna Niguel, CA, Ronald E. LeFevre, Chief Legal Officer, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, OIL, Jennifer Paisner, DOJ–U.S. Department of Justice, Civil Div./Office of Immigration Lit., Washington, DC, for Respondent.

Before: KLEINFELD, TASHIMA, and FISHER, Circuit Judges.

ORDER **

We remand this matter to the Board of Immigration Appeals for further remand

---

* The panel unanimously finds this case suitable for decision argument. See Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not except as provided by 9th Cir. R. 36–3.

to the Immigration Judge, so that petitioner may apply for an adjustment of status.

**REMANDED.**

---

* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.